■ ELIZABETH K. LIEBERMAN, Appellant, v RAYMOND E. Fox, Individually and as Trustee of the Estate of ADELE L. Fox, Deceased, et al., Respondents.—Appeal by the plaintiff from a judgment of the Supreme Court, Nassau County, dated March 20, 1986.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Murphy at the Supreme Court, Nassau County. Mollen, P. J., Brown, Rubin and Kunzeman, JJ., concur.